**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION - SPRINGFIELD**

| | |
|---|---|
| ROBIN ASTORE,<br><br>Plaintiff<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., RESOLVION, LLC AND SKYLINE RECOVERY SERVICE,<br><br>Defendants. | DOCKET NO.: 3:26-CV-30082-MGM<br><br>A CIVIL ACTION |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT

Defendant ALSR Holdings, LLC dba Resolvion, GP, improperly named as "Resolvion, LLC," ("Resolvion"), with the assent of counsel for Plaintiff Robin Astore ("Plaintiff"), Yitzchak Zelman, Esquire, hereby moves this Court for an extension to July 21, 2026 to answer or otherwise respond to the Complaint. Resolvion's response is currently due on June 25, 2026. Resolvion avers that the additional time is needed to investigate the allegations of the Complaint and prepare an appropriate response. Plaintiff, through her counsel, consents to the requested extension of time, which is the first such request and will not prejudice either Party or unduly delay these proceedings.

WHEREFORE, Defendant Resolvion, with the assent of Plaintiff, respectfully requests that the Court grant this Motion and extend the deadline to July 21, 2026 to answer or otherwise respond to the Complaint.

*/s/Mardic A. Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave.
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Local Rule 7.1(a)(2) Certification*

The Parties have conferred in good faith to resolve or narrow the issues set forth in the Motion prior to filing this motion in accordance with Local Rule 7.1(a)(2). The Plaintiff assents to the motion.

*/s/Mardic A. Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave.
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Certificate of Service*

I certify that on June 24, 2026 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that service will be accomplished by the CM/ECF system.

*/s/Mardic A. Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave.
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com