**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

**ROBIN ASTORE,**

**Plaintiffs,**

**-v-**

**SANTANDER CONSUMER USA, INC., RESOLVION, LLC, and SKYLINE RECOVERY SERVICE,**

**Defendants.**

**Civil Case Number: 3:26-cv-30082-MGM**

**JOINT STATEMENT AND PROPOSED DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Pursuant to this Court's Order entered on July 31, 2026, Fed. R. Civ. P. 16 and 26, and Local Rules 16.1 and 26.1, Plaintiff Robin Astore and Defendants Santander Consumer USA, Inc., Resolvion, LLC, and Skyline Recovery Service hereby submit this Joint Statement. The parties have conferred as required by Local Rule 16.1(b) and submit the proposed schedule outlined below pursuant to those discussions.

### A. Proposed Pretrial Schedule

The parties propose the following case schedule:

| **Event** | **Date** |
|---|---|
| Parties to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | August 24, 2026 |
| All requests for production of documents, requests for admission and interrogatories to be served by | October 5, 2026 |
| Deadline for amendment of pleadings and joinder of parties | November 6, 2026 |
| Deadline for completion of all depositions, except expert depositions | March 1, 2027 |

| | |
|---|---|
| End of fact discovery | March 1, 2027 |
| Deadline for Plaintiff's Expert Disclosure and Report | March 1, 2027 |
| Deadline for Defendants' Expert Disclosures and Reports | April 1, 2027 |
| Deadline for completion of expert discovery | May 3, 2027 |
| Deadline for filing dispositive motions | June 3, 2027 |

The parties have conferred regarding the establishment of a budget for the costs of conducting the full course and various alternative courses of the litigation; and the parties have conferred and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

The parties agree to adhere to the limitations on discovery set forth in the Federal Rules of Civil Procedure (particularly Fed. R. Civ. P. 26(b)) and the Local Rules, with the understanding that each party will have its full complement of discovery allowed under the Rules.

The parties have conferred concerning the discovery of electronically stored or digital information ("ESI") and they do not anticipate the need for any special management related to discovery of ESI at this time. The parties have agreed to act in good faith in the production of ESI in a .pdf format, in the event ESI cannot be produced is a .pdf manner then such documents will be produced as they are stored in their usual course. Once the parties have had the opportunity to review such documents, the parties agree to confer between themselves regarding any additional exchange or production that either party believes necessary.

The parties agree to private mediation, conducted after the close of fact discovery but before the deadline for summary judgement motions.

The parties do not believe this case requires bi-furcation or phased discovery.

**B. Amenability to Trial by Magistrate Judge (L.R. 16.1(b)(3))**

The parties have not agreed to trial by Magistrate Judge.

Dated: August 14, 2026

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
yzelman@marcuszelman.com
*Attorney for Plaintiff*

/s/ Elizabeth J. Fegreus
Elizabeth J. Fegreus, Esq.
(857) 488-4214
efegreus@duanemorris.com
/s/ Michael T. Grant
Michael T. Grant, Esq.
(857) 488-4218
mtgrant@duanemorris.com
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110
*Attorney for Defendant*
*Santander Consumer USA , Inc.*

/s/ Bruce S. Luckman
Bruce S. Luckman, Esq.
SHERMAN SILVERSTEIN
308 Harper Drive, Suite 200
Moorestown, NJ 08057
(856) 662-0700
bluckman@shermansilverstein.com
*Attorney for Defendant*
*Resolvion, LLC*

/s/ Amanda C. Basta
Amanda C. Basta, Esq.
HASSETT DONNELLY
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287
abasta@hassettdonnelly.com
*Attorney for Defendant*
*Skyline Recovery Service*

## CERTIFICATE OF SERVICE

I, Yitzchak Zelman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on

August 6, 2026

Respectfully submitted,

By: /s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC