UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBIN ASTORE,

Plaintiff,

v.

SANTANDER CONSUMER USA, INC., RESOLVION, LLC, and SKYLINE RECOVERY SERVICE,

Defendants.

Civil Action No. 3:26-cv-30082-MGM

SCHEDULING ORDER
August 31, 2026

MORGAN, U.S.M.J.

The following schedule was established at the scheduling conference held on August 31, 2026.

| Date | Deadline/Event |
| --- | --- |
| August 24, 2026 | Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) |
| October 5, 2026 | Initial written discovery requests |
| November 6, 2026 | Filing of motions for leave to amend the pleadings to add parties, claims, or defenses |
| January 15, 2027 | Filing of joint status report regarding discovery, including the status of written discovery, production of documents and scheduling of depositions |
| March 1, 2027 | Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions |
| March 15, 2027 at 11:30 a.m. | Case management conference |
| March 1, 2027 | Plaintiff's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |

| | |
|---|---|
| April 1, 2027 | Defendant's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| May 3, 2027 | Completion of expert depositions |
| June 4, 2027 | Filing of dispositive motion(s) |
| July 6, 2027 | Filing of opposition(s) to dispositive motion(s) |
| July 20, 2027 | Filing of replies to opposition(s) to dispositive motion(s), if any |

It is So Ordered.

/s/ Christopher L. Morgan
CHRISTOPHER L. MORGAN
United States Magistrate Judge